# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK CABANTING, *et al.*, | |
| Plaintiffs, | Case No.  2:11-cv-02088-LRH-GWF |
| vs. | **ORDER** |
| SIMMONS INVESTIGATIVE & SECURITY AGENCY, INC., | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court on December 23, 2011.  Defendant filed its Answer (#17) on March 1, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 26, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 16th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge